# United States District Court
# For The Western District of North Carolina
# Statesville Division

| | |
|---|---|
| PEDRO CANTU-RIOS, | |
| Plaintiff(s), | JUDGMENT IN A CIVIL CASE |
| vs. | CASE NO. 5:05CV281-3-V |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2006, Order.

Signed: January 31, 2006

Frank G. Johns, Clerk
United States District Court